Dismissed and Memorandum Opinion filed April 8, 2004









Dismissed and Memorandum Opinion filed April 8, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00132-CV

____________

 

GEORGE
S. NEVINS and MITCHELL W. NEVINS, Appellants

 

V.

 

CONSOLIDATED
EQUIPMENT COMPANIES, INC. and CON-EQUIP, INC., Appellee

 



 

On Appeal
from the 295th District Court

Harris County,
Texas

Trial
Court Cause No. 00-63113

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 17, 2003.

On March 31, 2004, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 8, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.